10. Defendant Sargent Yoel Hidalgo was a police officer at the City of New York Police Department at the time of the incident and upon information and belief, a citizen of New York. Sargent Yoel Hidalgo had an office at the 50th precinct located at 3450 Kingsbridge Avenue, Bronx, New York 10463.

## FACTUAL ALLEGATIONS

11. Tristen Saunders-Hall was born on August 23, 1994. Before his arrest of February 20, 2014, Plaintiff resided at 3356 Fort Independence Street, Bronx, NY 10463. Plaintiff currently resides at 701 Gates Avenue, Brooklyn, New York.

12. At the time of the incident, Plaintiff resided at a group home in the Bronx at the time of the incident. On February 20, 2014, around 7:52 pm, Plaintiff was on his way to his girlfriend named Brittany who resides in the Bronx. While Plaintiff was on his way to his girlfriend's house, Plaintiff stopped at a store to buy head phones. After buying the head phone with the store owner named "Papi," Plaintiff continued his way to his girlfriend's house. When Plaintiff reached the vicinity of Sedgwick Avenue and West 238th Street, Bronx, New York, a man who appeared drunk, started screaming that he was robbed. Plaintiff continued walking along the street. The police were near and eventually, and came to the scene. The person who was yelling that he had got robbed indicated to the police that it the person who robbed him was in possession of the items stolen. The person also stated that he was robbed of his flip cell phone, his money, and further stated that stated that the person who robbed him had blue pills in his possession. The marked police car driven by Officer Ramones Riva, backed up to Plaintiff's level and stopped Plaintiff. Plaintiff did not run, nor did

3

Plaintiff attempt to run. Plaintiff took off his head phones in order to comply with the officers' inquiries. Plaintiff was searched and none of the items indicated by the alleged robbed person, were found on Plaintiff. Further, Plaintiff's cell phone was not a flip phone. After a few minute, Detective Paul Sullivan arrived at the scene. Detective Paul Sullivan searched Plaintiff for a second time and did not find any of the alleged robbed items. Plaintiff indicated to the officers that the person alleging to be robbed seemed drunk, and Plaintiff asked the officers to check the alleged robbed victim's blood alcohol content. The officers told Plaintiff to be quiet. Sargent Yoel Hidalgo arrived at the scene, and approved the arrest of Plaintiff. Plaintiff was handcuffed and taken to the 50th precinct in the Bronx in a marked police car. Detective Paul Sullivan, Officer Rivas Armando and Sargent Yoel Hidalgo actively participated in Plaintiff's arrest and prosecution.

13. Upon information and belief, Plaintiff was arrested without a warrant, although the officers did not find any of items stolen on Plaintiff, and any connection between Plaintiff and the alleged victim could be found.

14. Plaintiff was charged with Robbery in the Second Degree under New Yok Penal Law Section (NYPL) 160.10 (01) and (2)(a) and Assault with Intent to Cause Physical Injury under NYPL 120.00(1). Plaintiff was arraigned and indicted on the felony charges.

15. Plaintiff was released from jail after the Grand Jury hearing on March 10, 2014.