Should you have questions please do not hesitate to contact Ryanne Konan directly and thank you for faith in Ryanne Konan Law Office and Legal Services at this 888-536-1434.

Thank you kindly for your time and consideration,

Sincerely,

*[signature]*

RYANNE G. KONAN, ESQ.

RYANNE G. KONAN ESQ.
4 MARSHALL ROAD SUITE 107
WAPPINGERS FALLS, NY 12590
PH.: (845) 309-3432 OR (888)536-1434
FAX: (845) 231-0508